IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL BINDERUP, | ) | Case. No. 5:13-CV-6750-JKG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF CROSS-APPEAL

PLEASE TAKE NOTICE that the Plaintiff, Daniel Binderup, hereby appeals to the United

States Court of Appeals for the Third Circuit from this Honorable Court's Opinion and Order

entered September 25, 2014 [Dkt. Nos. 27, 28].

Dated: November 21, 2014                    Respectfully submitted,

By:  /s/ Alan Gura_____        By:    /s/ Douglas Gould_____
     Alan Gura*                               Douglas Gould (PA Bar No. 78357)
     Gura & Possessky, PLLC                   Law Offices of Douglas T. Gould, P.C.
     105 Oronoco Street, Suite 305            925 Glenbrook Avenue
     Alexandria, VA 22314                      Bryn Mawr, PA 19010
     703.835.9085/Fax 703.997.7665            610.520.6181/Fax 610.520.6182
     alan@gurapossessky.com                   dgould@gouldlawpa.com

     *Admitted pro hac vice                   Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2014, I caused the foregoing documents to be served via e-mail and via electronic case filing, as follows:

DANIEL RIESS
LESLEY FARBY
Trial Attorneys
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
          Leslie.Farby@usdoj.gov

ANNETTA FOSTER GIVHAN
Assistant United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106
(215) 861-8319
Email: Annetta.givhan@usdoj.gov

_____/s/ Alan Gura_____
Alan Gura